No. 6,522.—JENNIE HARPER, Respondent, v. HENRY REDISKE, Appellant.

Decided June 8, 1929.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground that the transcript on appeal has not been filed in this court within sixty days after perfection of the appeal, is sustained and the appeal dismissed.

*Mr. Victor R. Griggs,* for Respondent.

No. 6,520.—PHILO C. HANSON, Respondent, v. L. B. KNIGHT et al., Appellants.

Decided June 18, 1929.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground of the failure of appellants to file the record on appeal within the time provided by the rules of this court, is sustained and the appeal is ordered dismissed.

*Mr. Howard A. Johnson,* for Respondent.